**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00851-CV

**LSREF2 APEX (TX) II, LLC, Appellant**

**V.**

**GREGORY BLOMQUIST AND DANIEL D. DAVIDS, II, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02840-2012**

## ORDER

The clerk's record in this case is incomplete. Accordingly, the Court **ORDERS** the district clerk to file a supplemental clerks record on or before August 18, 2014 including the agreed order dated November 28, 2012 setting aside the trial court's October 29, 2012 order granting summary judgment. The Court **DIRECTS** the Clerk to send a copy of this order by electronic transmission to Andrea Stroh Thompson, District Clerk.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE